DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of A.C., and L.C., children.

R.C.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-1623

_____

October 29, 2025

Appeal from the Circuit Court for Pasco County; Lauralee G. Westine, Judge.

Amanda Peterson of the Law Offices of Peterson, P.A., Mulberry, for Appellant.

Bruce Bartlett, State Attorney, and Leslie M. Layne, Assistant State Attorney, Sixth Judicial Circuit, Clearwater, for Appellee Department of Children and Families.

Nicholas Beekhuizen of Greenberg, Traurig, P.A., West Palm Beach; and Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Caitlin E. Burke, Senior Attorney, Statewide Guardian Ad Litem Office, Tallahassee, for Appellee Guardian ad Litem.


PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and ATKINSON, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.